Arcelia VIZCAINO; Enrique Vizcaino, Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–76522.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2006.[*]

Decided Aug. 1, 2006.

Robert L. Lewis, Esq., Law Office of Robert L. Lewis, Oakland, CA, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Linda S. Wendtland, Esq., Ann Carroll Varnon, Esq., Saul E. Greenstein, U.S. Department of Justice Civil Division, Washington, D.C., for Respondent.

Before: ALARCÓN, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM [**]

Arcelia and Enrique Vizcaino, natives and citizens of Mexico, petition for review

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

of the Board of Immigration Appeals' order affirming without opinion an immigration judge's decision denying their applications for cancellation of removal. We dismiss the petition for review.

Petitioners' contention that the agency violated their due process rights by disregarding hardship evidence is not supported by the record and does not amount to a colorable constitutional claim. *See Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005) ("[t]raditional abuse of discretion challenges recast as alleged due process violations do not constitute colorable constitutional claims that would invoke our jurisdiction."). Accordingly, we lack jurisdiction to consider the claim. *See id.*

**PETITION FOR REVIEW DISMISSED.**